# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MATHEW DUSTIN-ELDE LEDERER,<br><br>　　　　　　Defendant. | CR-17-52-GF-BMM<br><br>**ORDER** |

Defendant Mathew Dustin-Elde Lederer has moved for early termination of his current term of supervised release. (Doc. 65). The Government does not object. The Court conducted a hearing on the motion on March 18, 2021. The Court determines that good cause exists to grant Lederer's motion for early termination of his supervised release term.  Accordingly, **IT IS HEREBY ORDERED** that Lederer's Motion for Early Termination of Supervised Release (Doc. 65) is **GRANTED**.

DATED this 18th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court